UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No 14-1799 (L)
(1:14-cv-01650-GLR)

CHORLEY ENTERPRISES, INC., a Maryland Corporation; MATTHEW CHORLEY; CARLA CHORLEY

        Plaintiffs – Appellees

v.

DICKEY'S BARBECUE RESTAURANTS, INC., a Texas corporation; ROLAND DICKEY, JR.; JERREL DENTON

        Defendants – Appellants

No. 14-1800
(8:14-cv-01703-PWG)

JUSTIN TROUARD; JESSICA CHELTON

        Plaintiffs – Appellees

v.

DICKEY'S BARBECUE RESTAURANTS, INC., a Texas corporation; ROLAND DICKEY, JR.; JERREL DENTON

        Defendants – Appellants

**NOTICE TO CLERK PURSUANT TO RULE 44**
**FEDERAL RULES OF APPELLATE PROCEDURE**

Pursuant to Rule 44 of the Federal Rules of Appellate Procedure, notice is hereby given as follows:

Appellants question the constitutionality of Maryland Administrative Code Regulation ("COMAR") 02.02.08.16(L)(3), as being in conflict with and preempted by 9 U.S.C. § 2, to the

extent that such regulation: (i) prohibits or negates an arbitration clause in a Maryland Franchise Agreement requiring arbitration of a franchisee's cause of action for violation of the Maryland Franchise and Disclosure Law (Md. Code. Bus. Reg. §§14-201, *et seq.*), or (ii) requires that arbitration of any such cause of action must occur only in Maryland and thereby prohibiting and negating an arbitration clause in a Maryland Franchise Agreement that provides for arbitration of such cause of action to occur outside of Maryland.

Date: August 26, 2014

Respectfully submitted,

*Roger B. Kaplan*

Roger B. Kaplan, Esq.
(kaplanr@gtlaw.com)
Aaron Van Nostrand, Esq.
(vannostranda@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue, P.O. Box 677
Florham Park, NJ 07932
(973) 360-7900

Paul J. Ferak, Esq.
(ferakp@gtlaw.com)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400

Precious Murchison, Esq.
(murchisonp@gtlaw.com)
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
(202) 331-3100

Counsel for Defendants-Appellants
Dickey's Barbecue Restaurant, Inc.,
Roland Dickey, Jr., and Jerrel Denton