**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 26, 2014

_____

RULE 44 NOTICE

_____

No.     14-1799 (L),        Chorley Enterprises, Inc. v. Dickey's Barbecue Restaurants
                            1:14-cv-01650-GLR

TO: Attorney General

The Clerk hereby certifies notice to the Attorney General of the State of Maryland that this case calls into question the constitutionality of a law, pursuant to 28 U.S.C. § 2403 and Fed. R. App. P. 44.


Michael Radday, Deputy Clerk
804-916-2702